man, Oeland & Kuhn (Edward D. Kelly, of counsel), for respondent.

PER CURIAM. This case was tried, and the appeal was argued, upon the same record as the case of Sebastiano Trusso v. Same Defendant and (herewith decided) 119 N. Y. Supp. 1147. The judgment should be affirmed, with costs.

CRISWELL, Respondent, v. NOBLE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Ann Criswell against Silas Noble and others. No opinion. Judgment (61 Misc. Rep. 483, 113 N. Y. Supp. 954) affirmed, with costs.

CROSSEN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by Robert T. Crossen against the New York Central & Hudson River Railroad Company. R. A. Kutschbock, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

C. S. GOSS & CO., Respondent, v. RAMSDELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. November, 19, 1909.) Action by C. S. Goss & Co. against James A. P. Ramsdell and others, as executors and trustees, etc., of Homer S. Ramsdell, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

CURRIE et al., Appellants, v. SPRAGUE, Respondent (two cases). (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Frederick Currie and others against Frank J. Sprague. W. W. Irwin, for appellants. P. E. Jones, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 133 App. Div. 17, 117 N. Y. Supp. 482.

CURTIS v. GOLDBERG et al. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by N. Willard Curtis against Ray Goldberg and others. No opinion. Motion denied, without costs.

CURTIS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by Ena N. Curtis against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

D'ALBORA, Appellant, v. LOOMIS, Respondent. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Bartholomew D'Albora against Edward N. Loomis. No opinion. Judgment of the Municipal Court affirmed, with costs.

DAMBMANN v. METROPOLITAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Appeal from Trial Term, New York County. Action by Emma Dambmann against the Metropolitan Street Railway Company. From a judgment and an order (55 Misc. Rep. 60, 106 N. Y. Supp. 221) denying a new trial, defendant appeals. Reversed, and new trial ordered, unless plaintiff stipulates to reduce the verdict. Bayard H. Ames, for appellant. Theodore Sutro, for respondent.

PER CURIAM. There are a number of undoubted errors in the record, to which our attention has been called, especially with respect to the examination of the plaintiff and her physician as to her condition prior to the accident. All of them, however, tend to the enhancement of the damages. We are satisfied, upon the record as made, that the plaintiff has suffered some damage for which the defendant is responsible, and for these reasons the judgment and order appealed from should be reversed, and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $5,000, in which event the judgment, as so modified, and the order, will be affirmed, without costs to either party on the appeal.

D'AURIA v. RODGERS. (Supreme Court, Appellate Term. November 30, 1909.) Appeal from Municipal Court, Borough of the Bronx, First District. Action by Cosino D'Auria against John P. Rodgers, Jr. From a Municipal Court judgment for plaintiff, defendant appeals. Reversed, and new trial ordered. Frank V. Johnson (Thomas P. Dunphy, of counsel), for appellant. Robert C. Burlando, for respondent.

PER CURIAM. The plaintiff has recovered a judgment awarding him damages for an injury he claims to have sustained through the negligence of the defendant. He was engaged in dumping dirt from dirt cars, which he attempted to stop by putting one end of a stick on the track as a block to the wheels. The evidence is unsatisfactory, and gives but a scant idea of the circumstances under which the cars were being operated and the manner in which they should have been stopped. The record now before us does not establish negligence on the part of the defendant. The judgment is reversed, and a new trial ordered, with costs to appellant to abide the event.

DAYS, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Maria S. Days against the Long Island Railroad Company. No opinion. Judgment affirmed, with costs.

DEER, Respondent, v. HOPKINS, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Frederick C. Deer, an infant, by Louis C. Deer, his guardian ad litem, against Robert E. Hopkins. No opinion. Judgment and order unanimously affirmed, with costs.